# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAY 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

MAY 22 AM 8:19

| | |
|---|---|
| **United States of America** vs. YAO MING YU | Case No. 1:11CR00113 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Yao Ming Yu_____, have discussed with _____Kimberly M. Dalton_____, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the following condition: You shall participate in the curfew component of the Location Monitoring program and abide by all the requirements of the program which will include electronic monitoring or other location verification system; and, you are restricted to your residence every day from 9:00p.m. to 6:00a.m. or as directed by the Pretrial Services Officer.

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/11/12    _____  5/22/12
Signature of Defendant    Date      Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____             5/23/12
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____             5/11/12
Signature of Defense Counsel      Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on    5/23/12
☐ The above modification of conditions of release is *not* ordered.

_____             5/23/12
Signature of Judicial Officer     Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services