# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
AUG 05 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** ) | |
| vs. ) | Case No. 1:11CR00113-AWI-6 |
| Yao Ming Yu ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Yao Ming Yu_____, have discussed with _____Josh Libby (N/D CA)/Zaren Craddock_____, Pretrial Services Officer, modifications of my release conditions as follows:

1. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

2. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

3. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/30/16          _____  7-22-16
Signature of Defendant   Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                          8/5/2016
Signature of Assistant United States Attorney                  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                          7/13/16
Signature of Defense Counsel                                   Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  8/5/16
☐ The above modification of conditions of release is *not* ordered.

_____                                          8/5/16
Signature of Judicial Officer                                  Date

cc: U.S. Attorney=s Office, Defense Counsel, Pretrial Services