HARRIS B. TABACK, Esq., California State Bar No. 111017
Law Offices of Harris B. Taback
345 Franklin Street, Suite 102
San Francisco, CA  94102
(415) 241-1400 telephone
(415) 565-0110 e-fax
htaback@earthlink.net

Attorney for YAO MING YU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  1:11 CR 00113 - AWI - 6 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[CORRECTED] REQUEST FOR** |
| V. | ) | **RULE 43 WAIVER OF** |
| | ) | **APPEARANCE AND** ~~**PROPOSED**~~ |
| ANDY YUNG KWONG CHAN, et. al. | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

COMES NOW DEFENDANT YAO MING YU, by and through his attorney HARRIS B. TABACK, who respectfully requests that his personal appearance pursuant to Federal Rule of Criminal Procedure 43 be waived for the October 11, 2016 Status Conference.

YU lives and works in the San Francisco Bay area and relies on his wages to care for his wife and two children.  He has been informed of this hearing by attorney Taback who has also told him of the status of the case and that his attorneys have arranged for co-defendant's counsel

to appear special for him at said Status Conference.  YU agrees with the arrangement for representation and respectfully requests that his appearance be waived.

///////////////

///////////////

Dated: October 4, 2016                    Respectfully submitted,

                                          LAW OFFICES OF HARRIS B. TABACK


                                          By: _____ss_____
                                              HARRIS B. TABACK
                                              ATTORNEY FOR YAO MING YU


   I, YAO MING YU, both understand my right to personally be present at the October 11, 2016 Status Conference and hereby waive that right.  Further, I consent to have the Office of Attorney Robert Lyons appear specially for my counsel on my behalf.


Dated: October 4, 2016                    _____ss_____
                                          YAO MING YU

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　V.<br><br>ANDY YUNG KWONG CHAN, et. al.<br><br>　　　　　Defendants. | )　No.  1:11 CR 00113 - AWI-BAM (006)<br>)<br>)<br>)　**[PROPOSED] ORDER WAIVING**<br>)　**DEFENDANT YAO MING YU'S**<br>)　**PERSONAL APPEARANCE AT**<br>)　**THE OCTOBER 11, 2016 STATUS**<br>)　**CONFERENCE PURSUANT TO**<br>)　**RULE 43**<br>)<br>) |

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal Procedure 43 that Defendant YAO MING YU's (06) personal appearance at the October 11, 2016 Status Conference is waived.

IT IS SO ORDERED.

Dated:  **October 6, 2016**　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE