HARRIS B. TABACK, Esq., California State Bar No. 111017
Law Offices of Harris B. Taback
345 Franklin Street, Suite 102
San Francisco, CA  94102
(415) 241-1400 telephone
(415) 565-0110 e-fax
htaback@earthlink.net

Attorney for YAO MING YU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:11 CR 00113-AWI-BAM |
| Plaintiff, | |
| V. | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE AND** ~~**PROPOSED**~~ **ORDER** |
| ANDY YUNG  KWONG CHAN, et. al. | |
| Defendants. | |

COMES NOW DEFENDANT YAO MING YU, by and through his attorney HARRIS B. TABACK, who respectfully requests that his personal appearance pursuant to Federal Rule of Criminal Procedure 43 be waived for the November 14, 2016 Status Conference.

YU lives and works in the San Francisco Bay area and  relies on his wages to care for his wife and two children.  He has been informed of this hearing by attorney Taback who has also told him of the status of the case and that he may arrange for co-defendant's counsel to appear special for him at said Status Conference.  YU agrees with the arrangement for representation and respectfully requests that his appearance be waived.

Further, it is unlikely that the parties will have a resolution by the November 14th date, however, the defense and the government are in weekly contact to attempt settlement.  Those good

faith efforts continue.

Dated: October 27, 2016                                        Respectfully submitted,

                                                            LAW OFFICES OF HARRIS B. TABACK

By: _____ss Harris B. Taback_____
     HARRIS B. TABACK
     ATTORNEY FOR YAO MING YU

I, YAO MING YU, both understand my right to personally be present at the November 14, 2016 Status Conference and hereby waive that right.  Further, I consent to have the Office of Attorney Robert Lyons appear specially for my counsel on my behalf.

Dated: October 27, 2016                                        _____ss Yao Ming Yu_____
                                                                             YAO MING YU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ANDY YUNG KWONG CHAN, et. al.<br><br>Defendants. | No. 1:11 CR 00113-AWI-BAM<br><br>**[PROPOSED] ORDER WAIVING DEFENDANT YAO MING YU'S PERSONAL APPEARANCE AT THE NOVEMBER 14, 2016 STATUS CONFERENCE PURSUANT TO RULE 43** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal Procedure 43 that Defendant YAO MING YU's (006) personal appearance at the November 14, 2016 Status Conference is waived.

IT IS SO ORDERED.

Dated: **October 27, 2016**              /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE