HARRIS B. TABACK, Esq., California State Bar No. 111017
Law Offices of Harris B. Taback
345 Franklin Street, Suite 102
San Francisco, CA   94102
(415) 241-1400 telephone
(415) 565-0110 e-fax
htaback@earthlink.net

Attorney for YAO MING YU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| UNITED STATES OF AMERICA, | ) No. 1:11 CR 00113 - AWI - 6 |
|---|---|
| Plaintiff, | ) |
| V. | ) **STIPULATED REQUEST TO RESCHEDULE SENTENCING FROM MARCH 13, 2017 TO JUNE 12, 2017 AT 1:30 P.M. AND PROPOSED ORDER** |
| YAO MING YU,. | ) |
| Defendant. | ) |

COMES NOW DEFENDANT YAO MING YU, by and through his attorney HARRIS B. TABACK, who respectfully requests that the current Sentencing Hearing scheduled on March 13, 2017 be rescheduled to June 12, 2017 at 1:30 p.m.

The purpose of this request is to permit YU, his Counsel and the United States Probation Officer the appropriate time necessary to complete the Pre-Sentence Investigation. Counsel and United States Probation Office Adam Tunison believe the requested additional time is required to prepare this case for sentencing. The Assistant United States Attorney, Laurel J. Montoya has informed both Counsel and Probation Officer Tunison that the government has no objection.

For the above described reason, YU respectfully requests that the Sentencing date be rescheduled.

1  Dated: January 18, 2017                Respectfully submitted,

2                                         LAW OFFICES OF HARRIS B. TABACK

3

4
                                          By: _____ss Harris B. Taback_____
5                                             HARRIS B. TABACK
                                              ATTORNEY FOR YAO MING YU
6

7
                                         ORDER
8
           GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the current
9
   Sentencing Hearing date of March 13, 2017 is rescheduled to June 12, 2017 at 1:30 P.M.
10

11
   IT IS SO ORDERED.
12
   Dated:   January 20, 2017            _____
13                                         SENIOR   DISTRICT   JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                         – 2 –
28