```
 1  HARRIS B. TABACK, ESQ., Bar No. 111017
    Law Offices of Harris B. Taback
 2  345 Franklin Street, Ste. 102
    San Francisco, CA 94102
 3  Telephone:  (415) 241-1400
    Efax:  (415) 565-0110
 4  Email:  htaback@earthlink.net

 5
    Attorney for Defendant YAO MING YU
 6
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:11-cr-00113-AWI-BAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **APPLICATION FOR ORDER** |
| | ) | **TO RESCHEDULE SENTENCE** |
| YAO MING YU, | ) | **DATE FROM JUNE 12** |
| | ) | **TO JULY 10, 2017** |
| Defendant. | ) | |

The Defendant, YAO MIND YU, who is out of custody, by and through undersigned counsel, hereby respectfully requests without objection from the government or The United States Probation Office, that the current Sentencing Hearing be rescheduled from June 12, 2017 to July 10, 2017 at 1:00 p.m.

The sole purpose of this request is to permit the pre sentencing investigation to continue within the appropriate time deadlines prior to the hearing.  Counsel became ill last week and had to reschedule a probation interview with YU from April 13, 2017 to April 24, 2017.  The additional time requested is needed to finish the pre sentence investigation and accommodate the availability of Counsel.

DATED: April 18, 2017                         Respectfully Submitted,
                                              LAW OFFICES OF HARRIS B. TABACK


                                              BY: /S/ Harris Taback
                                                  HARRIS B. TABACK
                                                  ATTORNEY FOR YAO MING YU


                                    ORDER

         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the June 12, 2017 Sentencing in this matter is vacated and rescheduled to July 10, 2017 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  April 18, 2017                        _____
                                              SENIOR DISTRICT JUDGE